EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br><br>Nancy Fiel Martínez | 2011 TSPR 200<br><br>183 DPR \_\_\_\_ |

Número del Caso: AB-2009-330


Fecha: 16 de diciembre de 2011


Abogado de la Parte Peticionaria:

    Por Derecho Propio

Oficina del Procurador General:

    Lcda. Zaira Z. Girón Anadón,
    Subprocuradora General

    Lcdo. Juan B. Ruiz Hernández
    Procurador General Auxiliar



Materia: Reinstalación al Ejercicio de la Abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

AB-2009-330

Nancy Fiel Martínez

RESOLUCIÓN

San Juan, Puerto Rico, 16 de diciembre de 2011

Visto el *Informe de la Procuradora General* presentado el 22 de julio de 2011, se ordena la reinstalación de la Sra. Nancy Fiel Martínez a la práctica de la abogacía.

Se le concede a la Oficina de Inspección de Notarías (ODIN) el término de **veinte (20) días**, contados a partir de la notificación de esta Resolución, para que se exprese en torno a la subsanación de las deficiencias señaladas en la obra notarial de la Sra. Nancy Fiel Martínez.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Presidente señor Hernández Denton y los Jueces Asociados señor Kolthoff Caraballo y señor Rivera García no intervinieron.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo Interina